# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4754

_____

WALTER HERNANDEZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 5, 2019

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Walter Hernandez, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.